Docusign Envelope ID: BE6AB13A-DB33-8A2A-8339-6EFF10E71504

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

|  |  |
|---|---|
| **PERDUE FOODS LLC,** | |
| *Plaintiff,* | |
| **v.** | **Civil Action No. 3:26-cv-584** |
| **JOHN SOULES FOODS, INC.** | |
| *Defendant.* | |

### DECLARATION OF CODY WALTER

I, Cody Walter, hereby declare as follows:

1.      I am over 18 years of age.

2.      I am the Director of Marketing at Perdue Foods LLC ("Perdue").

3.      I make this declaration based on my personal knowledge, my review of Perdue business records maintained in the ordinary course of business, and communications with Perdue personnel.

4.      I am competent to testify as to all matters stated herein.

5.      I submit this declaration in support of Perdue's Motion for Preliminary Injunction.

6.      Perdue is a Maryland limited liability company with its principal place of business in Maryland.

7.      Perdue is a leading food and agricultural company recognized nationally for quality, service, and reliability. Perdue supplies major grocery chains, mass merchandisers, club stores, and wholesale distributors with Perdue-branded food products, most prominently chicken products, throughout the United States, including in Virginia and this District.

1

8.    Perdue's 6 7 Chicken Nuggets have been sold through Walmart stores nationwide, including Walmart stores in Virginia, and Perdue has marketed and sought expanded retail placement for that product with major national retailers, including retailers with stores in Virginia.

9.    John Soules Foods, Inc. ("Soules") is a competitor in prepared chicken products.

10.    Based on my experience in the industry and review of Soules' public materials, Soules manufactures, markets, distributes, offers for sale, and sells prepared chicken products through the Soules Foods and Soules Kitchen names in many of the same retail channels and geographic markets as Perdue, including in Virginia.

11.    In April 2026, Perdue launched a new product called "6 7 Chicken Nuggets."

12.    Perdue owns various trademarks related to its 6 7 Chicken Nuggets (referred to herein as the "Perdue 6 7 Marks") and has applied to register the Perdue 6 7 Marks with the USPTO under Serial Nos. 99796669, 99796671, and 99797059:

- 6 7 – Serial Number 99796669



- – Serial Number 99796671

- – Serial Number 99797059

13.    In addition to the Perdue 6 7 Marks, Perdue has developed distinctive packaging trade dress for its 6 7 Chicken Nuggets. The packaging trade dress includes the overall combination and commercial impression of the prominent "6 7" product designation, illustrated breaded chicken-nugget numerals 6 and 7, cartoon hands holding or supporting the numerals, playful

2

Docusign Envelope ID: BE6AB13A-DB33-8A2A-8339-6EFF10E71504

youth-oriented styling, and doodle-style background elements including stars and smiley faces. This combination, taken as a whole, is nonfunctional and not essential to the use or purpose of chicken nuggets, is unique or unusual for chicken nuggets, does not affect the cost or quality of the goods, and serves to identify Perdue's product and Perdue as the source, sponsor, or approver of the product.

14.    Perdue publicly announced its 6 7 Chicken Nuggets on April 26, 2026, and immediately began nationally promoting the product. Perdue began using the Perdue 6 7 Marks in interstate commerce no later than April 27, 2026, when Perdue fulfilled giveaway orders by shipping marked product across state lines to consumers. By May 1, 2026, Perdue's 6 7 Chicken Nuggets were available, and remain available, at Walmart stores nationwide.

15.    Perdue filed trademark applications for the Perdue 6 7 Marks with the U.S. Patent and Trademark Office on April 30, 2026.

16.    The Perdue 6 7 Marks are used prominently on product packaging for Perdue's 6 7 Chicken Nuggets, which have been sold through Walmart stores nationwide, including Walmart stores in Virginia.

17.    Perdue uses the Perdue 6 7 Marks as source-identifying trademarks for Perdue's chicken nuggets, not merely as decoration or an informational reference.

18.    On Perdue's packaging, website, advertising, and promotional materials, the Perdue 6 7 Marks appear prominently as the product name and as a distinctive stylized logo in connection with the PERDUE® house mark.

19.    The Perdue 6 7 Marks are also used in advertising for Perdue's 6 7 Chicken Nuggets, including on Perdue's website at www.perdue.com, www.perdue.com/product/67-chicken-nuggets, and www.perduefarms.com.

Docusign Envelope ID: BE6AB13A-DB33-8A2A-8339-6EFF10E71504

20.    On June 19, 2026, I accessed Perdue's public product page, and attached as Exhibit 1 are true and accurate copies of the images I saw. The screenshots below are likewise true and accurate images of what I observed on that date:





21.    Since Perdue announced and launched the product, Perdue's 6 7 Chicken Nuggets have been referenced nationally in a segment on *Late Night with Seth Meyers*, BuzzFeed Tasty, Dexerto, Men's Journal, PureWow, and many other media outlets.

22.    More than a month after Perdue launched and nationally promoted its 6 7 Chicken

4

Nuggets, Soules announced and promoted a directly competing chicken-nugget product using the same "6 7" designation and a highly similar breaded-numeral design.

23.    Soules' accused product is sold and promoted as "67 Chicken Nuggets." The dominant commercial impression of Soules' designation is the same as Perdue's 6 7 designation.

24.    Soules' designation, logo, packaging, trade dress, and promotional presentation use the same core source-identifying elements of Perdue's presentation: the 6 7 product designation, breaded chicken-nugget numerals 6 and 7, cartoon hands holding or supporting the numerals, playful youth-oriented meme styling, and doodle-style background elements including stars and smiley faces. Soules' designation, logo, packaging, trade dress, advertising, website content, and promotional materials are referred to collectively as the "Challenged Branding."

25.    A true and accurate side-by-side comparison of Perdue's product packaging with the Perdue 6 7 Marks and the Challenged Branding is provided below:

 

26.    As shown above, both products use the same 6 7 designation as the dominant product name for chicken nuggets: Perdue uses "6 7" and "6-7," while Soules uses "67."

27.    Soules uses the Challenged Branding on its product packaging and in advertising,

5

Docusign Envelope ID: BE6AB13A-DB33-8A2A-8339-CEFF10E71504

including on its website and product page.

28.    On June 19, 2026, I reviewed Soules' public website and observed the Challenged Branding shown in Exhibit 2. The below images of the Challenged Branding on Soules' website are true and accurate copies of what I observed:





6

29.     Soules has publicly announced that its "67 Chicken Nuggets" product will be sold in Kroger and ALDI stores nationwide beginning in July 2026. Soules' product page likewise promotes the product as a limited-time "67 Chicken Nuggets" product and directs consumers to find it in Kroger or ALDI stores this summer.

30.     Based on my experience with Perdue's products, Perdue's retail channels, and consumer-facing grocery products, Soules' use of the Challenged Branding is likely to cause consumers and retail buyers to believe mistakenly that Soules' accused product originates with, is affiliated with, or is sponsored, approved, or authorized by Perdue.

31.     Perdue has already suffered concrete marketplace harm.

32.     A major national grocery retailer refused to authorize or carry Perdue's 6 7 Chicken Nuggets because the retailer would be carrying Soules' competing "67 Chicken Nuggets" product. As a result, Perdue lost a retail placement and sales opportunity that it otherwise would have pursued and expected to obtain.

33.     The lost retail placement has deprived Perdue of shelf space, sales opportunities, customers, market share, retailer goodwill, and the ability to maximize a time-sensitive limited-edition launch window. Those harms are imminent and continuing because Soules is a direct competitor and has announced nationwide retail distribution of its product beginning in July 2026.

34.     Although Perdue was first to market with its 6 7 Chicken Nuggets and the Perdue 6 7 Marks, Soules' competing, identical product is now precluding Perdue from maintaining or otherwise obtaining shelf space with retailers, who I understand from my experience will not want to shelve a competing, identical product (even though the product they are shelving, Soules, was not the first to market).

35.     By being unable to sell its 6 7 Chicken Nuggets at these retail stores at which Perdue

7

would otherwise sell, Perdue has lost and continues to lose business opportunities, including lost customers and lost market share, the monetary value of which cannot be ascertained.

36.    Additionally, because Perdue has no ability to correct or control Soules' actions or Soules' products, consumer confusion associating Perdue with Soules' accused 67 Chicken Nuggets product robs Perdue of control over its own reputation and goodwill with consumers.

37.    I have already seen an example of a consumer being confused and associating Perdue with Soules' accused 67 Chicken Nuggets product. On June 23, 2026, I reviewed an Instagram post, originally by Dexerto and re-posted by another user, regarding Soules' release of its 67 Chicken Nuggets product. A user commented on the post: "I saw 67 nuggets at walmart 3 weeks ago." This reflects consumer confusion because only Perdue's 6 7 Chicken Nuggets are sold at Walmart, not Soules' product, thus the consumer actually saw Perdue's product.

38.    The screenshot below is a true and accurate image of what I observed on that date:



Docusign Envelope ID: BE6AB13A-DB33-8A2A-8339-6EFF10E71504

39.     On June 9, 2026, Perdue's counsel sent a cease-and-desist letter to counsel for Soules, demanding that Soules discontinue all use of the Challenged Branding, among other things. A true and accurate copy of that letter is attached as Exhibit 4.

40.     On June 17, 2026, Soules responded and stated it would not agree to cease its challenged use.

41.     As of the date I sign this declaration, I understand that Soules has not agreed to cease its challenged use.

42.     Perdue's launch received national attention, Perdue's product was promoted through Walmart and Perdue's national digital channels, and Soules adopted not merely the same unusual 6 7 product designation but the same core visual concept on the same product.


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Executed on: June 23, 2026

Signed by:

*Cody Walter*
C8272CDD8A334CA...

Cody Walter
Director of Marketing
Perdue Foods LLC

9