# EXHIBIT 1





# SNAP IT. SNACK IT. POST IT. SHOW US YOUR NUGGET RIZZ.

📷 **ADD YOUR PHOTO**





POWERED BY EMPLIFI



# Find a Store Near You

Coming to your local Walmart starting the week of 05/01/2026.

SHOP NOW

WHERE TO BUY

PERDUE WAY

CONTACT US

FAQS

  

OUR COMPANY

CAREERS

PURCHASE PRODUCTS

COUPONS

ENTER YOUR EMAIL    Sign Up!

 

     



**ALSO OF INTEREST**     **PERDUE FARMS VENDOR PORTAL - FAQS**     **KNOW BETTER**     **BROILING**

**QUESTIONS, CONCERNS, COMMENTS** • **1-800-4PERDUE**® **(1-800-473-7383)** • **MONDAY – FRIDAY** • **9:00 A.M. TO 6:30 P.M. EST**

© PERDUE AND ITS AFFILIATES OR SUBSIDIARIES 2011 - 2026. ALL RIGHTS RESERVED.   PERDUE.COM®  •   LEGAL  •   PRIVACY  •   ACCESSIBILITY STATEMENT  •  OPTOUT DATA COLLECTION