# EXHIBIT 2







## Messages From Our Head Of MEMEs



## Thanks For Giving Us 67 Seconds Of Your Attention.

Now that "67" has a real job, meet the rest of the Soules Kitchen lineup built to make dinner easier, faster, and more delightful.

## Select Your New Favorite

Choose your flavor and see what it brings to the table.

 

   

## Orange Sesame Chicken

Big Asian-inspired flavor, no delivery fees or takeout containers required. Just heat, pair, and eat for a quick dinner that tastes anything but ordinary.

## Dinner Ideas



# Dinner Ideas

- Serve over steamed rice with stir-fried vegetables
- Toss with lo mein noodles and fresh veggies
- Pair with fried rice and spring rolls
- Add to a Buddha bowl with quinoa and edamame

**VIEW MORE**





## PREPARED IN OUR KITCHEN PERFECTED IN YOURS

At Soules Kitchen, we're passionate about helping you create incredible meals. You can trust that every bite is made with high-quality ingredients and the same care you use in your home.



From Our Kitchen To Yours, We Hope You Enjoy.

# FIND SOULES KITCHEN FOODS NEAR YOU.

Let us lend a helping hand with your homemade meals. Use our Store Locator to discover the closest place to stock up on all your favorites.

**FIND A STORE NEAR YOU**



Still thinking about? "67"

Get all the updates on "67", announcements from our head of MEMEs, and other amazing products from Soules Kitchen

**STAY IN THE KNOW**



**OUR FOODS**

**OUR RECIPES**

**TABLE TALK**

**FAQS**

**CONTACT US**

**CAREERS**

**SOULES FOODS**

**PRESS**

  

Copyright © 2026 Soules Foods. All Rights Reserved.    California Supply Chains Act    Terms & Conditions    Privacy



OUR FOODS     OUR RECIPES     OUR STORY     TABLE TALK     LATEST BITES

FIND IN STORE



*100% All Natural*

# 67 CHICKEN NUGGETS

**Still asking what 67 means? We have your answer.**

The internet's favorite number has officially arrived in the freezer aisle. Soules Kitchen is serving up the ultimate meme collab alongside Maverick Trevillian, the original 67 kid and our new Head of MEMEs (Mathematical Eats Marketing Executions).

Crafted from 100% white meat chicken and breaded to golden, crispy perfection, these 67 Chicken Nuggets will make dinner the most delightful part of the day.

67 Chicken Nuggets are available for a limited time only–find them in a Kroger or Aldi store near you this summer.

Learn more about 67 Chicken Nuggets

FROZEN

**24 oz**

FIND IN STORE



## RECIPES FEATURING 67 CHICKEN NUGGETS


VIEW ALL RECIPES



**NUGGET BOARD**



**DINO NUGGET FRUIT AND VEGGIE KABOBS**



**MINI CHICKEN NUGGET BREAKFAST BISCUIT**

## EXPLORE THESE FOODS

VIEW ALL FOODS



*Fully Cooked*

**JURASSIC WORLD CHICKEN NUGGETS**

*Fully Cooked*

**ILLUMINATION PRESENTS: MINIONS CHICKEN NUGGETS**

*Fully Cooked*

**FLAME GRILLED CHICKEN**

*Fully Cooked Entrée*

**BACKYARD BBQ CHICKEN**

# FIND SOULES KITCHEN FOODS NEAR YOU.

Let us lend a helping hand with your homemade meals. Use our Store Locator to discover the closest place to stock up on all your favorites.



**FIND A STORE NEAR YOU**

SOULES KITCHEN

OUR FOODS

OUR RECIPES

TABLE TALK

FAQS

CONTACT US

CAREERS

SOULES FOODS

PRESS

Copyright © 2026 Soules Foods. All Rights Reserved.    California Supply Chains Act    Terms & Conditions    Privacy