# EXHIBIT 3



**Dexerto** ✓
@Dexerto

A chicken company is teaming up with the original 6 7 kid to launch "6 7" shaped nuggets that cost $6.70

Soules Kitchen will launch the nuggets on June 7






**MalCat** ✓
@MalCat191392

Souless kitchen is definitely the right name



childhoodpost · Follow

**badweekend.productions** 1w
They already made em
Like  Reply

**myholdissteady** 1w
i saw 67 nuggets at walmart 3 weeks ago
Like  Reply

**jessepaigeee** 1w
Shameless kitchen
Like  Reply

**agent_of_war**

♡ 10.1K   💬 136   �ली

June 8

Log in to like or comment.