IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

PERDUE FOODS, LLC,
    Plaintiff,

v.                                          Civil No. 3:26-cv-584

JOHN SOULES FOODS, INC.,
    Defendant.

### ORDER

It is hereby ORDERED that a Conference Call shall be held on July 1, 2026, at 10:00 A.M. to discuss the matters set forth on the record on June 29, 2026.

It is so ORDERED.

_____/s/_____
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: June 29, 2026