IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

PERDUE FOODS, LLC,
    Plaintiff,

v.                                          Civil No. 3:26-cv-584

JOHN SOULES FOODS, INC.,
    Defendant.

**ORDER**

For the reasons set forth on the record on July 1, 2026, it is hereby ORDERED that all further proceedings herein are STAYED pending further order of the Court.

It is so ORDERED.

                                   /s/     REP
                        Robert E. Payne
                        Senior United States District Judge

Richmond, Virginia
Date: July 1, 2026