IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

PERDUE FOODS LLC,

    Plaintiff,

v.                          Civil Action No. 3:26cv584

JOHN SOULES FOODS, INC.,

    Defendant.

## ORDER

The Court having been advised that, on July 15, 2026, the parties in this action executed a MEMORANDUM OF UNDERSTANDING REGARDING SETTLEMENT AGREEMENT respecting the disputes herein and that this action has been settled, it is hereby ORDERED that, by August 6, 2026, the parties shall electronically file a Stipulation of Dismissal.  It is further ORDERED that PLAINTIFF PERDUE FOODS LLC'S MOTION FOR PRELIMINARY INJUNCTION (ECF No. 6) is denied as moot.

It is so ORDERED.

                                 /s/
                         Roderick C. Young
                         United States District Judge

Richmond, Virginia
Date: July 16 , 2026