**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

**PERDUE FOODS LLC,**

*Plaintiff,*

v.

**JOHN SOULES FOODS, INC.**

*Defendant.*

**Civil Action No. 3:26-cv-584-REP**

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Perdue Foods LLC and Defendant John Soules Foods, Inc., by counsel, hereby stipulate to the dismissal with prejudice of all claims in the above-captioned action, with each Party to bear its own attorneys' fees and costs.

The Parties further request that the Court retain jurisdiction to enforce the Parties' settlement agreement and to resolve any disputes concerning the terms or enforcement thereof.

1

WE ASK FOR THIS:

VENABLE LLP

*/s/ Roger A. Colaizzi*
Roger A. Colaizzi (VSB No. 32651)
600 Massachusetts Avenue, NW
Washington, D.C. 20001
Tel: (202) 344-4000
Fax: (202) 344-8300
rcolaizzi@venable.com

Kevin W. Weigand (VSB No. 81073)
Christian R. Schreiber (VSB No. 89544)
1850 Towers Crescent Plaza, Suite 400
Tysons, VA 22182
Tel: (703) 760-1600
Fax: (703) 821-8949
kwweigand@venable.com
crschreiber@venable.com

*Counsel for Plaintiff Perdue Foods LLC*

WE ASK FOR THIS:

MAIER & MAIER PLLC

*/s/Siddhesh V. Pandit*
Siddesh V. Pandit (VSB No. 75686)
Timothy J. Maier (VSB No. 46354)
Michael R. Casey (VSB No. 43919)
345 S. Patrick Street
Alexandria, Virginia 22314
svp@maierandmaier.com
tjm@maierandmaier.com
mcasey@maierandmaier.com

*Counsel for Defendant John Soules Foods, Inc.*

2